

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/6/2025__

**Kate L. Villanueva**
kate.villanueva@faegredrinker.com
+1 215 988 2535 direct

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

**Defendant's request that ECF No. 20-1 be formally sealed is GRANTED pursuant to Rule 21.7(a). The Court directs Defendant to provide the Court with an un-redacted copy of the document via email as soon as practicable. The Clerk of Court is kindly directed to terminate the motion at ECF No. 25.**

October 2, 2025

**VIA FAX (914-390-4179) and ECF**

The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

**Dated: November 6, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   *Wilmington Trust, N.A. v. Lincoln Benefit Life Company, Case No. 7:25-cv-04357-NSR*
       *Lincoln Benefit's Request for Extension of Time to Serve Reply Brief*

Dear Judge Román:

One of Defendant Lincoln Benefit Life Company's prior filings included a declaration [ECF No. 20-1] that did not contain all of the necessary redactions as required by Rule 5.2 of the Federal Rules of Civil Procedure. Counsel for Lincoln Benefit contacted the ECF Help Desk to place a temporary seal on the document pursuant to ECF Filing Rule 21.7(a) and contemporaneously submits via ECF a corrected version of the declaration that contains the necessary redactions.

Pursuant to Filing Rule 21.7(a), Lincoln Benefit respectfully requests that ECF No. 20-1 now be formally sealed by the Court.

Lincoln Benefit appreciates the Court's consideration in this matter.

Very truly yours,

/s/ Kate L. Villanueva

*Attorney for Lincoln Benefit Life Company*

CC:     Counsel of record (via ECF)

MEMO ENDORSED

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, N.A.,<br><br>                        Plaintiff,<br><br>         v.<br><br>LINCOLN BENEFIT LIFE COMPANY and<br>GREGORY BAYDIUK,<br><br>                        Defendants. | Civil Action No. 7:25-cv-04357-NSR<br><br>(Related Case: 7:25-cv-05893-NSR)<br><br>**DECLARATION OF JOHN BLOOR IN SUPPORT OF DEFENDANT LINCOLN BENEFIT LIFE COMPANY'S MOTION TO DISMISS WILMINGTON TRUST, N.A.'S FIRST AMENDED COMPLAINT** |

I, John Bloor, Esq., declare as follows:

1.      I am an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, and am admitted to practice law in the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.  I am in good standing with all of these Courts.

2.      This declaration is being submitted in connection with Defendant Lincoln Benefit Life Company's Motion to Dismiss Wilmington Trust, N.A.'s First Amended Complaint in the above-referenced lawsuit.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Application for Life Insurance submitted in connection with the application for Lincoln Benefit Policy No. 01N1376748 (the "Policy").

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Amendment of Application and Statement of Health submitted in connection with the Policy.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a Universal Life Insurance Policy Illustration in connection with the Policy.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a letter from the New Jersey Department of Banking and Insurance dated June 13, 2007, acknowledging the filing of Lincoln Benefit policy form UL0610NJ pursuant to the provisions of N.J.S. § 17B:25-18.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a letter dated June 16, 2010,  confirming the change of ownership of the Policy to Dukes Bridge LLC.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a letter dated August 9, 2023, confirming the change of ownership of the Policy to Wilmington Trust, N.A., as Securities Intermediary.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the death certificate for Ludmila K. Mohler.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of a letter from LexServ LLC, dated February 3, 2025.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Jeremy Rosenberg, Esq., dated February 6, 2025.

12.      Attached hereto as **Exhibit 10** is a true and correct copy of the National Association of Insurance Commissioners' Licensing Report for Lincoln Benefit Life Company.

13.      Attached hereto as **Exhibit 11** is a true and correct copy of the Policy Delivery Requirements submitted in connection with the Policy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 7, 2025                    Respectfully Submitted,


By:    /s/ John Bloor

**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendant Lincoln Benefit Life Company*

# EXHIBIT 1




|||||||||||||||||||||||||||||||||||||||
**01N1375748**

## LINCOLN BENEFIT LIFE COMPANY
A Member of Allstate Financial Group
P.O. Box 80469, Lincoln, Nebraska 68501
PART I - APPLICATION FOR LIFE INSURANCE

### Section A – PRIMARY PROPOSED INSURED

| 1. Name (First, Middle, Last) | | | | | Birthdate (M/D/Y) | Height and Weight |
|---|---|---|---|---|---|---|
| Ludmila K. Mohler | | | | | ▇▇▇930 | 5  Ft. 1  In. 148  Lbs. |

| Age | Sex | Birth State | Marital Status | Driver's License #/State | Social Security No. |
|---|---|---|---|---|---|
| 77 | F | China | Married | ▇▇▇▇▇ | ▇742 |

| Home Address | City | State | Zip | How Long? |
|---|---|---|---|---|
| 385 S  Pascack Rd, | Spring Valley | NY | 10977 | 15y |

| 2. Employer Name | Home Phone | Work Phone |
|---|---|---|
| Retired | (845) 620-0310 | |

| Employer Address | City | State | Zip | How Long? |
|---|---|---|---|---|
| | | | | |

| Occupation and Job Duties | Annual Income |
|---|---|
| | $ |

3. Tobacco or nicotine products currently used   ☒ None   ☐ Cigarettes  Packs/day___   ☐ Other_____

Used in past 3 years other than above?   ☒ No   ☐ Yes–Type? _____   When Quit?_____

| 4. (a) Primary Beneficiary(ies)** | | | Address | | | |
|---|---|---|---|---|---|---|
| The L K M Life Ins, Trust | | | 393 Brook Ave | | | |

| Relationship | Age | SSN/Tax ID # | City | | State | Zip |
|---|---|---|---|---|---|---|
| | | ▇▇4393 | Passaic | | NJ | 07055 |

| (b) Contingent Beneficiary(ies)** | | | Address | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Relationship | Age | SSN/Tax ID # | City | | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

**Surviving beneficiaries in the same class (primary or contingent) share equally unless otherwise stated*

### Section B – ADDITIONAL OR JOINT INSURED   (If more than one, submit additional copies of Section B.)

| 1. Name (First, Middle, Last) | | | | Birthdate (M/D/Y) | Height and Weight |
|---|---|---|---|---|---|
| | | | | | Ft.  In.  Lbs. |

| Age | Sex | Birth State | Marital Status | Driver's License #/State | Social Security No. |
|---|---|---|---|---|---|
| | | | | | |

| Home Address | City | State | Zip | How Long? |
|---|---|---|---|---|
| | | | | |

| 2. Employer Name | Home Phone | Work Phone |
|---|---|---|
| | | |

| Employer Address | City | State | Zip | How Long? |
|---|---|---|---|---|
| | | | | |

| Occupation and Job Duties | Annual Income |
|---|---|
| | $ |

3  Tobacco or nicotine products currently used   ☐ None   ☐ Cigarettes  Packs/day___   ☐ Other_____

Used in past 3 years other than above?   ☐ No   ☐ Yes–Type? _____   When Quit?_____

| 4. (a) Primary Beneficiary(ies)** | | | Address | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Relationship | Age | SSN/Tax ID # | City | | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| (b) Contingent Beneficiary(ies)** | | | Address | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Relationship | Age | SSN/Tax ID # | City | | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

**Surviving beneficiaries in the same class (primary or contingent) share
equally unless otherwise stated*

LA 2000-NJ

## Section C — CHILDREN PROPOSED FOR COVERAGE UNDER CPR
### (Must be insured's children, adopted children, or stepchildren age 17 or less)

| 1. Name (First, Middle, Last) | Birthdate (M/D/Y) | Age | Sex |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Section D — OWNER IF OTHER THAN THE FIRST NAMED INSURED

| 1. Owner Name (if other than Primary Insured) | Relationship | Home Phone |
|---|---|---|
| The L K M Life Ins. Trust | | |

| Address | City | State | Zip | SSN/Tax ID # |
|---|---|---|---|---|
| 393 Brook Ave | Passaic | NJ | 07055 | ████4393 |

2. ☐ Joint Owner**     ☐ Contingent Owner**          Relationship          Home Phone

| Address | City | State | Zip | SSN/Tax ID # |
|---|---|---|---|---|
| | | | | |

**Check only one. Joint owners have right of survivorship. Contingent owner succeeds to ownership if Primary Owner dies

## Section E — THE POLICY

1. Plan of Insurance  Legacy Secure UL     2. Face Amount $ 10,000,000 00     3. Planned Premium $_____     4. Death Benefit Option: ☒ 1   ☐ 2

5. Premium Mode   ☐ Single   ☒ Annual   ☐ Semiannual   ☐ Quarterly Direct   ☐ Quarterly BOM   ☐ Monthly BOM

6. Optional Coverage:

☐ Accidental Death Benefit on (Name)_____   ☐ WP or COP $_____

☐ CPR - ☐ 1 Unit ($5,000)   ☐ 2 Units ($10,000)   ☐ Other:_____

☐ PTR $_____   ☐ AIR $_____ on (Name)_____

## Section F — OTHER INSURANCE / REPLACEMENT INFORMATION

1. Does anyone proposed for this insurance now have any life insurance or annuity:

| | Yes | No |
|---|---|---|
| a. in force or application(s) pending in any company? | ☒ | ☐ |
| b. which will be replaced, changed or borrowed against because of this application? *(Circle applicable policy numbers )* | ☐ | ☒ |
| c. which will be part of a 1035 exchange because of this application? *(Do not 1035 exchange an annuity to life insurance.)* | ☐ | ☒ |

*If a, b, or c is answered "Yes," give details below and submit appropriate replacement and/or 1035 exchange form(s) and policy illustrations*

| Person Covered | | | Person Covered | | |
|---|---|---|---|---|---|
| Ludmila K. Mohler | | | | | |
| **Company Name** | | | **Company Name** | | |
| John Hancock | | | | | |
| Face Amt | ADB Amt. | Date Applied (M/D/Y) | Face Amt. | ADB Amt. | Date Applied (M/D/Y) |
| 10 | | | | | |
| Policy Number | Plan Type | | Policy Number | Plan Type | |
| | | | | | |

| Person Covered | | | Person Covered | | |
|---|---|---|---|---|---|
| Ludmila K. Mohler | | | | | |
| **Company Name** | | | **Company Name** | | |
| ING | | | | | |
| Face Amt. | ADB Amt. | Date Applied (M/D/Y) | Face Amt. | ADB Amt. | Date Applied (M/D/Y) |
| 10, | | | | | |
| Policy Number | Plan Type | | Policy Number | Plan Type | |



**Section G– NONPHYSICAL DATA AND TEMPORARY INSURANCE QUALIFIERS**

1. In the past 3 years has anyone proposed for insurance.    **Explain any "yes" answers in Details section on Page 4.**

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | had 3 or more traffic tickets, been arrested for driving under the influence of drugs or alcohol, or had their driver's license suspended or revoked? | | |
   | b | flown as pilot or crew member of any aircraft? | | |
   | c | engaged in sky or scuba diving, vehicle racing or mountain climbing? | | |

2. Has anyone proposed for insurance EVER had an application for life insurance declined, postponed, rated or modified?

3. Are there any proposed insureds who have lived in the U.S. less than 3 years, plan to travel outside the U.S. in the next 2 years or are not U.S. citizens?

4. In the past 10 years, has anyone proposed for insurance.

   a. been charged with a felony?

   b. used, or been arrested for possession, sale or delivery of, illegal drugs?

   c. received treatment for use of cocaine, heroin, narcotics, hallucinogens or other mind altering substances not prescribed by a physician?

   d. received treatment for coronary artery disease, stroke, AIDS (Acquired Immune Deficiency Syndrome), or been told they have had any of these disorders?

   e. been treated for or diagnosed with cancer other than basal cell skin cancer?

**Do not submit payment with application if any of questions 4(a) through 4(e) are answered "yes" or not answered.**

**Section H – HEALTH AND MEDICAL HISTORY**
All questions apply to all proposed insureds including children proposed for coverage under CPR. Circle applicable conditions

**DETAILS of "Yes" answers in Sections G and H.**

| Ques. # | Date | Proposed Insured | Symptoms, Diagnosis, Treatment | Physician/Facility Name, Address and Phone |
|---------|------|------------------|-------------------------------|--------------------------------------------|
|         |      |                  |                               |                                            |

**REMARKS**

**AGENT REMARKS / ADDITIONAL INFORMATION**

**FOR HOME OFFICE ENDORSEMENTS ONLY**

If office corrections have been made, they may be found on the page immediately following the application.



## SUPPLEMENTAL OTHER INSURANCE / REPLACEMENT INFORMATION

| Person Covered | | | Person Covered | | |
|---|---|---|---|---|---|
| Company Name | | | Company Name | | |
| Face Amt.    ADB Amt.    Date Applied (M/D/Y) | | | Face Amt.    ADB Amt.    Date Applied (M/D/Y) | | |
| Policy Number    Plan Type | | | Policy Number    Plan Type | | |

## SUPPLEMENTAL BENEFICIARY INFORMATION

| (a) Primary Beneficiary(ies)** | | | Address | | |
|---|---|---|---|---|---|
| Relationship | Age | SSN/Tax ID # | City | State | Zip |
| (a) Primary Beneficiary(ies)** | | | Address | | |
| Relationship | Age | SSN/Tax ID # | City | State | Zip |
| (b) Contingent Beneficiary(ies)** | | | Address | | |
| Relationship | Age | SSN/Tax ID # | City | State | Zip |
| (b) Contingent Beneficiary(ies)** | | | Address | | |
| Relationship | Age | SSN/Tax ID # | City | State | Zip |

## SUPPLEMENTAL MEDICAL DETAILS



## FRAUD WARNING

**For Applicants in New Jersey:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

## PERMIT TO OBTAIN AND DISCLOSE CERTAIN DATA

A. Lincoln Benefit Life Company, its reinsurers, and consumer reporting agencies may get data about my (our) health, occupations, mode of living (except as may be related directly or indirectly to sexual orientation), avocations and any other non-medical information. I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits, or for Lincoln Benefit Life Company to determine its obligations under the policy issued in connection with this application.

B. Any doctor, practitioner, medical or medically related facility, the Veterans Administration, the Medical Information Bureau, Inc. (MIB, Inc.), viatical settlement company, employer, consumer reporting agency, insurance company or any other person or entity which has such data about me or my children may give such data to Lincoln Benefit Life Company when this permit or a copy of it is shown. All sources but the MIB, Inc., may give such data to agencies Lincoln Benefit Life Company has hired to retrieve the information.

C. Any request by Lincoln Benefit Life Company for medical records is on my behalf; the information must be provided within any requirements imposed by applicable state statutes governing patient access to medical records.

D. Data about mental illness, alcoholism, sexually transmitted diseases, and the use of drugs are to be included.

E. Lincoln Benefit Life Company or its reinsurers may make a brief report about me or my children to the MIB, Inc.

F. This permit is good for 30 months after it is signed.

G. Lincoln Benefit Life Company may obtain an investigative consumer report ("inspection report") on me.

☐ I want to be interviewed if such a report is obtained

H. I have read this permit and know I may request a copy of it. I also have received the NOTICE REGARDING MIB, INC., NOTICE UNDER THE FAIR CREDIT REPORTING ACT and INSURANCE INFORMATION PRACTICES.

## DECLARATIONS

A. I (each undersigned) declare that all answers written on this application are full and correct to the best of my knowledge and belief. Except in Maine, Missouri, Oregon, and South Carolina, Lincoln Benefit Life Company is not presumed to know any information not in this application

B. Lincoln Benefit Life Company may add to or correct the Application in the space "For Home Office Endorsements Only" on an addendum page immediately following the application. Any changes are agreed to if the policy issued is accepted by me (us), but written agreement will be obtained from me for any change in insurance amount, plan, benefits, payment class or age at issue. (In West Virginia and Pennsylvania, written consent will be obtained for any changes.)

C. Insurance will start only as provided in the Receipt and Temporary Insurance Agreement issued in connection with this application. If no receipt is issued, or if insurance under it has stopped and not started again, no insurance will start by reason of the application until the policy is delivered and the first payment is accepted by Lincoln Benefit Life Company. In this case, the insurance will start when the policy is delivered and the first premium paid in full. No insurance will start if at that time the health of all proposed insureds is not as described in the application.

D. I acknowledge that I have read and understand this application, including the notices regarding the Fair Credit Reporting Act, MIB, and Insurance Information Practices. I acknowledge receipt of these notices.

E. Only an officer of Lincoln Benefit Life Company may change this application or waive a right or requirement. No agent may do this.

ALL QUESTIONS WERE ASKED OF ME AND, IF APPLICABLE, THE ADDITIONAL/JOINT INSURED AND PARENT(S) OF ANY CHILDREN LISTED ON THIS APPLICATION. I (WE) HAVE READ ALL INFORMATION BEFORE SIGNING.

| | | |
|---|---|---|
| _Passaic_   _NJ_ | _2/13/2008_ | x _Ludmila K. Mohler_ |
| SIGNED AT (City, State) | DATE (M/D/Y) | SIGNATURE OF PRIMARY PROPOSED INSURED |
| x _____ | | X |
| SIGNATURE OF AGENT | | SIGNATURE OF ADDITIONAL/JOINT INSURED |
| x _____ | | X |
| SIGNATURE OF OWNER | | SIGNATURE OF PARENT *(If ANY insured under age 15)* |
| X | | |
| TITLE IF OWNER IS A BUSINESS OR OTHER ORGANIZATION | | |



## FINANCIAL INFORMATION

1. *Complete if face amount > $250,000 or primary proposed insured is age 65 or older. Data pertains to primary proposed insured, if insurance need based on his/her finances, otherwise to:*  ☐ spouse    ☐ primary and spouse jointly    ☐ other_____

   a) Net Worth Calculation          b)  Total Income Calculation          c)  Source of this information?

   Assets   $ 50,000,000 00          Earned Income   $ 0.00                ☒ Client

   Liabilities  $ 0.00               Unearned Income  $ 1,200,000 00       ☐ Client's CPA

   Net Worth  $ 50,000,000 00        Total Income    $ 1,200,000 00        ☐ My best estimate

   d) If face amount > $4,999,999, CPA-prepared personal financial statement is  ☒ provided    ☐ available on request

2. *Complete for all business insurance cases (buy-sell, key person, etc)*

   a) Product/service sold _____    b)  Year started _____    c)  PI's ownership % _____

                                                                                              Yes      No

   d) Any pending reorganization, acquisition, merger or expansion of this business?          ☐        ☐

   e) Has this business ever been subject to bankruptcy proceedings?                          ☐        ☐

   f) Are there any comparable owners/officers who are not being similarly insured?           ☐        ☐

   g) Business Equity (book value)       h)  Last Year's Net Income (loss)        i)  Source of this information?

   Assets    $ _____          Gross Revenue   $ _____         ☐ Client

   Liabilities  $ _____       Expenses        $ _____         ☐ Financial Statement

   Equity    $ _____          Net Income (loss)  $ _____      ☐ My best estimate

   j) Fair Market Value and how determined  $_____

   k) Does the business have a web site?   ☐ No   ☐ Yes - give address: _____

   l) *If face amount $3,000,000 or more, please submit most recent financial statement for the business.*

   ┌─────────────────────────────────────────────────────────────────────────┐
   │                     Explanations, Special Instructions                     │
   │                                                                           │
   │                                                                           │
   └─────────────────────────────────────────────────────────────────────────┘

## AGENT REPORT

|  | Yes | No |
|---|---|---|
| 1. Is the proposed insured related to you? | ☐ | ☒ |
| 2. Are there any proposed insureds whom you did not see when you took the application? | ☐ | ☒ |
| 3. To your knowledge, will the policy applied for replace any existing insurance or annuity? | ☐ | ☒ |

4  What is the purpose of the insurance? _____

5.  How long and how well have you known the primary proposed insured? _6_ Months_

6  Have LBL's age/amount medical requirements been ordered?    ☐ Yes ☐ No ☐ N/A    7. Rate class quoted?_____

8.  To the best of your knowledge, do all proposed insureds meet LBL's published requirements for the rate class(es) quoted? ☒ Yes    ☐ No

9.  If primary proposed insured under age 18, how much life insurance is in force on:

Father $_____    Mother $_____    Siblings $_____

10. If the primary proposed insured is a nonemployed spouse, how much life insurance does the employed spouse have?  $_____

### Explanations, Special Instructions

| Printed Name(s) of Agent(s) | Comm % | Agent No(s). | Phone | Fax and E-mail |
|---|---|---|---|---|
|  |  |  |  | 206-600-4596 |
| Mayer Simon | 100 | ▓▓▓ | 845-763-4596 | mayer.simon@thejnet.com |
|  |  |  |  | Lifejh@Gmail.com |
|  |  |  |  |  |

Date _2/13/2008_

Agent Signature _Mayer Simon_

Joint Agent Signature _____

Madison Brokerage - 18MA5



## LINCOLN BENEFIT LIFE
### AN ALLSTATE COMPANY

Lincoln Benefit Life Company
P.O. Box 80469
Lincoln, NE 68501

# SUPPLEMENTAL AGENT REPLACEMENT QUESTIONNAIRE
## *MUST BE SUBMITTED WITH EVERY LIFE INSURANCE APPLICATION*

---

**To be completed by the Agent:**

☒ To the best of my knowledge, the Applicant **does not** have any existing life insurance policies or annuity contracts.

☐ To the best of my knowledge, the Applicant **does** have at least one existing life insurance policy or annuity contract.

_____        2/13/2008
Agent's Signature                                   Date

---

**If the Applicant <u>does</u> have an existing policy or contract,** no later than the time of taking the application the agent shall present and read aloud to the applicant the Notice regarding replacements, (unless the Applicant does not wish the Notice to be read aloud.)

**If the Applicant <u>does not</u> have an existing policy or contract, no further action is required.**

NLR771LBL                                                                                 (05/07)

# EXHIBIT 2

APR-14-2008  11:22       BNN Group Inc.                          973 252 6268    P.02

# LINCOLN BENEFIT LIFE COMPANY
### Lincoln, Nebraska
## AMENDMENT OF APPLICATION AND STATEMENT OF HEALTH

I (we) hereby amend my (our) application for Policy 01N1375748 as follows:

YOUR POLICY HAS BEEN DELIVERED AND PREMIUM IS OWED. UPON
RECEIPT OF PREMIUM BY THE COMPANY, THE ISSUE DATE FOR YOUR
POLICY WILL BE CHANGED TO REFLECT THE DATE YOU SIGNED THIS
AMENDMENT

### STATEMENT OF HEALTH AND INSURABILITY

To the best of my (our) knowledge and belief, since the original application date, no person proposed for life in-
surance in this application:

1. has made application for life insurance elsewhere;
2. has consulted with or been examined or treated by a physician or practitioner; or
3. has had any change in health and insurability as indicated in Parts I and II of the application or exam,
   whichever is later.

All answers and statements contained in Parts I and II of this application and any amendments thereof and sup-
plements thereto are full, complete and true to the best of my (our) knowledge and belief as though they were
given on this date.

If there are any exceptions to the above statements, give full details in the space provided. If any exceptions are
given, the policy must not be placed in force or delivered. This signed form and policy must be immediately re-
turned to the Home Office Underwriting Department.

**EXCEPTIONS:**

This amendment and statement of health shall be part of the application for the above-numbered policy.
CHANGES OR ALTERATIONS TO THIS FORM WILL NOT BE ACCEPTED.

Signed at _____ ____  N.J.        Date __03__  __18__  __2008__
    (City)              (State)              (Month)  (Day)  (Yr.)

Signature of Owner                         Signature of Insured
THE L K M LIFE INSURANCE TRUST             LUDMILA K MOHLER

Signature of Joint Owner                   Signature of Joint/Additional Insured

To the best of my knowledge and belief the above statements regarding the insured's health are full, com-
plete, and true.

Signature of Agent
MAYER SIMON

*LBL-1521, Rev. 7/98*

Page 3/12 RCVD 4/15/2008 11:47:53 AM [Central Daylight Time] 6181 A0053-XFX0200-S

# EXHIBIT 3

## Legacy Secure
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

# LINCOLN BENEFIT LIFE
### AN ALLSTATE COMPANY

2940 S. 84th St. Lincoln, NE 68506

---

**Prepared For:** _____
**LUDMILA MOHLER**
Female, Age 77
Preferred Nonsmoker

Presented in the state of: NJ

**Presented By:**
MAYER SIMON
01N1375748
16 ZENTA RD STE 201
MONROE, NY 10950
(845) 783-4596

---

### Legacy Secure (Form UL0610 Series) - Narrative Summary
### Flexible Premium Adjustable Life Insurance

**A Universal Life Insurance Policy Illustration**
This life insurance policy allows flexible premium payments for life. The death benefit is *adjustable* and ultimately depends on the policy value in the policy. The policy value is based on the amount and timing of your premium payments, monthly deductions, and monthly interest credited to the policy. Interest rates and cost factors are subject to change. The interest rate is guaranteed to never go below 3.0% and costs are guaranteed to not exceed the maximums listed in the policy.

**Underwriting Class - Preferred Nonsmoker**
The premium options and policy deductions calculated for this illustration assume a policy is issued with the underwriting class listed above. Actual amounts will depend on the outcome of the underwriting process and may vary from what is shown on this illustration. If so, you will receive a revised illustration with your insurance policy.

**Initial Death Benefit Amount - $10,000,000**
The death benefit assumed at issue is shown above. The actual amount payable at death may be decreased by loans or withdrawals.

**Initial Death Benefit Option - 1**
The policy provides for the death benefit being based on either the face amount (Option 1) or the face amount plus the policy value (Option 2). If this policy is in force on the policy anniversary following the insured's 100th birthday and Option 2 has been selected, the death benefit option will change to Option 1.

**Initial Planned Premium - $391,996.00 Paid Annually**
The planned premiums are shown in the Policy Detail section of this illustration. Be sure to note when coverage would cease on the guaranteed and non-guaranteed assumptions.

**Required Safety Net Premium - $23,116.33 paid monthly**
This is the lowest amount required to purchase this policy. Your *death* benefit coverage is guaranteed during the first 5 years if total payments, less partial withdrawals, less policy debt equals or exceeds the accumulation of the safety net premiums required to date.

---

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**

*Illustration is not valid without all pages.*
Page 1 of 7

Version 1.03

## Legacy Secure -
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

## LINCOLN BENEFIT LIFE
**AN ALLSTATE COMPANY**

2940 S 84th St. Lincoln, NE 68506

### Legacy Secure (Form UL0610 Series) - Narrative Summary (Continued)

**Coverage Protection Rider (Form UL0611 Series)**
Based on the planned premiums in this illustration the Coverage Protection Rider guarantees the death benefit coverage will remain in force for the insured's lifetime regardless of the surrender value. The duration of the guarantee depends on the timing and amount of premiums paid as well as the amount and timing of withdrawals and loans. If actual premiums, withdrawals, or loans are different than those illustrated in timing or amount or if your policy benefits change, the duration of the guarantee will also change. Premiums must be paid before the end of the policy month in which they are illustrated for the Coverage Protection Rider to perform as illustrated.

**Maximum Premiums**
The maximum guideline annual premium is $774,849.49 and the maximum guideline single premium is $6,061,478.35. The Seven Pay premium is $1,165,049.28 and is the maximum amount that can be paid in order to keep your policy from becoming a Modified Endowment Contract. Paying the maximum premium ensures your policy will have the greatest surrender value and a death benefit for the longest possible term. These premium amounts change if you change the death benefit amount. The guideline premium amounts will also change if you change the death benefit option.

**Guaranteed Assumptions**
*Guaranteed* values are based on your planned premium outlay, a $10.00 monthly policy fee, a 6.0% premium charge for all years, a monthly administrative expense charge of $0.50 per $1000 of face amount for the first 6 policy years, the maximum cost of insurance charges allowed within the policy, and the guaranteed interest rate of 3.0% for all years.

**Non-guaranteed Assumptions**
This illustration assumes that the non-guaranteed elements currently illustrated will continue unchanged for all years shown. This is not likely to occur and actual results may be more or less favorable.

**Current Assumptions**
Assumes a current interest rate of 5.00%, a $7.50 monthly policy fee, a 6.0% premium charge for all years, a monthly administrative expense charge of $0.50 per $1000 of face amount for the first 6 policy years, and current cost of insurance charges. Current non-loaned values may also include a persistency bonus of 0.5% for policy years 15 and beyond. The persistency bonus is guaranteed in any period in which the current interest rate exceeds 3.0%.

**Mid-Point Assumptions**
Assumes an interest rate of 4.00%, which is midway between the guaranteed and current interest rate, an $8.75 monthly policy fee, a 6.0% premium charge for all years, a monthly administrative expense charge of $0.50 per $1000 of face amount for the first 6 policy years, and an average of the current and guaranteed cost of insurance charges. Non-loaned values may also include a persistency bonus of 0.5% for policy years 15 and beyond. The persistency bonus is guaranteed in any period in which the current interest rate exceeds 3.0%.

**Age 121 Conditions**
If the policy is still in force after the anniversary following the insured's 121st birthday, the following apply:
1. Cost of insurance, policy fees and monthly administrative charges will be waived.
2. The policy value continues to earn the current credited interest rate.

---

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**
*Illustration is not valid without all pages.*

03/11/2008                      Page 2 of 7                     Version 1.03
LBL 7236

**Legacy Secure**
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

## LINCOLN BENEFIT LIFE
**AN ALLSTATE COMPANY**

2940 S. 84th St. Lincoln, NE 68506

### Legacy Secure (Form UL0610 Series) - Narrative Summary (Continued)

**Policy Year**
This is the twelve month period that begins on the date the policy is issued. Subsequent policy years begin on the anniversary of the date the policy was issued.

**Premium Outlay**
The amount of premiums paid into the policy. Premiums are assumed to be paid at the beginning of each year. Premium outlay may be skipped as long as there is enough net surrender value to cover the policy's monthly deductions. However, policy deductions continue to be required throughout the term of the policy. Depending on actual results, the premium payer may need to continue or resume premium outlays.

**Net Distributions**
The total of all loans, withdrawals, and loan repayments made each policy year. A negative number shows the amount of net distributions coming out of the policy. Distribution transactions are assumed to occur at the beginning of the policy year.

**Policy Value**
This is the accumulated value of the premiums paid plus interest earned less withdrawals and policy deductions for expenses, riders, and cost of insurance.

**Surrender Value**
This is the policy value less a surrender charge. The net surrender value is the surrender value less any outstanding loan balance and is the amount available to the policy owner upon surrender of the policy.

**Surrender Charge**
During the first 19 years this policy is subject to a surrender charge. The illustrated Surrender Value reflects the amount available after the surrender charge has been applied. The surrender charge for the first year is $528,500.00, grading down the next 19 years.

**Accelerated Death Benefit Rider - Terminal Illness (UL0619 Series)**
This rider is not illustrated, but is available on this policy and provides for the payment of the lesser of $250,000 or 80% of the death benefit in effect if the insured is diagnosed with a terminal illness. There is no additional cost to have this rider attached to a policy. An interest discount and an administrative fee apply at the time of an accelerated death benefit payment. See the Summary and Disclosure Statement (Form LBL7239) for details.

**Tax Assumptions**
This illustration is based on our current understanding of the applicable current income tax laws. The company makes no guarantee regarding the tax treatment of any policy or transactions involving a policy. As with all tax matters, you should consult your tax advisor.

---

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**

*Illustration is not valid without all pages.*

Page 6/12 RCVD 4/15/2008 11:47:53 AM [Central Daylight Time] 6181 A0053-XFX0200-S

Allstate    Case 7:25-cv-04557-NSR    Document 20-4    Filed 11/06/2025    Page 20 of 49    Tax Server

**Legacy Secure**
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

**LINCOLN BENEFIT LIFE**
AN ALLSTATE COMPANY
2940 S. 84th St.  Lincoln, NE 68506

---

### Legacy Secure (Form UL0610 Series) - Narrative Summary (Continued)

**Non-guaranteed Elements of the Policy**
Many aspects of your life insurance policy are guaranteed, including your minimum interest rate and maximum cost of insurance. However, certain aspects of the policy cannot be predicted with certainty. For example, the interest rate credited may exceed the guaranteed rate and cost of insurance may be less than the maximum guaranteed cost of insurance.

The non-guaranteed elements can increase the value of your life insurance policy by increasing your policy value and/or death benefit; or by reducing the out-of-pocket cost of your policy.

Since interest and cost of insurance cannot be predicted, ranges of results have been illustrated in the policy summary. The actual values will be more or less favorable than the illustrated ranges. Variation in these factors could affect the death benefit, policy value, surrender value, and total out-of-pocket payments over the life of the policy.

---

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**
*Illustration is not valid without all pages.*

03/11/2008
LBL 7236

Page 4 of 7

Version 1.03

**Legacy Secure**
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

# LINCOLN BENEFIT LIFE
### AN ALLSTATE COMPANY

2940 S. 84th St. Lincoln, NE 68506

## Legacy Secure (Form UL0610 Series) - Policy Value Summary

| Prepared For: | Plan Details: |
|---|---|
| **LIUDMILA MOHLER** | Initial Face Amount: $10,000,000 |
| Female, Age 77 | Initial Death Benefit Option: 1 |
| Preferred Nonsmoker | Initial Premium Outlay: $391,996.00 |

| | Guaranteed Assumptions | Non-Guaranteed Midpoint Assumptions | Non-Guaranteed Current Assumptions |
|---|---|---|---|
| **Summary Policy Year 5, Age 82** | | | |
| Total Premium Outlay | 1,959,980 | 1,959,980 | 1,959,980 |
| Net Surrender Value | 0 | 0 | 573,024 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |
| **Summary Policy Year 10, Age 87** | | | |
| Total Premium Outlay | 3,919,960 | 3,919,960 | 3,919,960 |
| Net Surrender Value | 0 | 0 | 1,432,957 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |
| **Summary Policy Year 20, Age 97** | | | |
| Total Premium Outlay | 7,839,920 | 7,839,920 | 7,839,920 |
| Net Surrender Value | 0 | 0 | 894,250 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |
| **Summary Policy Year 44, Age 121** | | | |
| Total Premium Outlay | 17,247,824 | 17,247,824 | 17,247,824 |
| Net Surrender Value | 0 | 0 | 0 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |

I understand that if actual premiums, withdrawals or loans are different than those illustrated in timing or amount, or if I change my policy benefits, the period of guaranteed death benefit protection provided by the Coverage Protection Rider guarantee may also change. I understand that this illustration assumes all premiums are paid on the first day of each period and that I must pay each premium before the end of the policy month in which the payment is illustrated to ensure the Coverage Protection Rider performs as illustrated.

I have received a copy of this illustration. The agent has told me that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____          _____
Proposed Owner/Owner                              Date

I certify that this illustration has been presented to the applicant and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustrations.

_____          _____
Insurance Agent                                      Date

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**
*Illustration is not valid without all pages.*

# Legacy Secure
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

## LINCOLN BENEFIT LIFE
### AN ALLSTATE COMPANY

2940 S. 84th St  Lincoln, NE 68506

---

## Legacy Secure (Form UL0610 Series) - Policy Value Summary

**Prepared For:**
**LUDMILA MOHLER**
Female, Age 77
Preferred Nonsmoker

**Plan Details:**
Initial Face Amount: $10,000,000
Initial Death Benefit Option: 1
Initial Premium Outlay: $391,996.00

|  | Guaranteed Assumptions | Non-Guaranteed Midpoint Assumptions | Non-Guaranteed Current Assumptions |
|---|---|---|---|
| Summary Policy Year 5, Age 82 |  |  |  |
| Total Premium Outlay | 1,959,980 | 1,959,980 | 1,959,980 |
| Net Surrender Value | 0 | 0 | 573,024 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |
| Summary Policy Year 10, Age 87 |  |  |  |
| Total Premium Outlay | 3,919,960 | 3,919,960 | 3,919,960 |
| Net Surrender Value | 0 | 0 | 1,432,957 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |
| Summary Policy Year 20, Age 97 |  |  |  |
| Total Premium Outlay | 7,839,920 | 7,839,920 | 7,839,920 |
| Net Surrender Value | 0 | 0 | 894,250 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |
| Summary Policy Year 44, Age 121 |  |  |  |
| Total Premium Outlay | 17,247,824 | 17,247,824 | 17,247,824 |
| Net Surrender Value | 0 | 0 | 0 |
| Net Death Benefit | 10,000,000 | 10,000,000 | 10,000,000 |

I understand that if actual premiums, withdrawals or loans are different than those illustrated in timing or amount, or if I change my policy benefits, the period of guaranteed death benefit protection provided by the Coverage Protection Rider guarantee may also change. I understand that this illustration assumes all premiums are paid on the first day of each period and that I must pay each premium before the end of the policy month in which the payment is illustrated to ensure the Coverage Protection Rider performs as illustrated.

I have received a copy of this illustration. The agent has told me that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____
**Proposed Owner/Owner**

_____ 4/8/08 _____
**Date**

I certify that this illustration has been presented to the applicant and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustrations.

_____
**Insurance Agent**

_____ 4/8/08 _____
**Date**

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**

*Illustration is not valid without all pages*
Page 5 of 7

**Legacy Secure**
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

**LINCOLN BENEFIT LIFE**
AN ALLSTATE COMPANY

2940 S 84th St. Lincoln, NE 68506

### Legacy Secure (Form UL0610 Series) – Policy Detail

| Prepared For: | Plan Details: |
|---|---|
| **LUDMILA MOHLER** | Initial Face Amount: $10,000,000 |
| Female, Age 77 | Initial Death Benefit Option: 1 |
| Preferred Nonsmoker | Initial Premium Outlay: $391,996.00 |

| | | | | ----Guaranteed Values---- | | | ----Non-Guaranteed Values---- | |
|---|---|---|---|---|---|---|---|---|
| | | Annual | | | Net | Net | | Net | Net |
| | | Premium | Net | Policy | Surr | Death | Policy | Surr | Death |
| Yr | Age | Outlay | Distr. | Value | Value | Benefit | Value | Value | Benefit |
| 1 | 78 | 391,996 | 0 | 0 | 0 | 10,000,000 | 225,868 | 0 | 10,000,000 |
| 2 | 79 | 391,996 | 0 | 0 | 0 | 10,000,000 | 439,892 | 0 | 10,000,000 |
| 3 | 80 | 391,996 | 0 | 0 | 0 | 10,000,000 | 638,856 | 173,776 | 10,000,000 |
| 4 | 81 | 391,996 | 0 | 0 | 0 | 10,000,000 | 819,907 | 381,252 | 10,000,000 |
| 5 | 82 | 391,996 | 0 | 0 | 0 | 10,000,000 | 985,254 | 573,024 | 10,000,000 |
| 6 | 83 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,132,548 | 741,458 | 10,000,000 |
| 7 | 84 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,315,324 | 950,659 | 10,000,000 |
| 8 | 85 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,479,011 | 1,135,486 | 10,000,000 |
| 9 | 86 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,618,673 | 1,296,288 | 10,000,000 |
| 10 | 87 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,734,202 | 1,432,957 | 10,000,000 |
| 11 | 88 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,804,893 | 1,524,788 | 10,000,000 |
| 12 | 89 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,855,254 | 1,596,289 | 10,000,000 |
| 13 | 90 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,893,620 | 1,661,080 | 10,000,000 |
| 14 | 91 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,914,470 | 1,703,070 | 10,000,000 |
| 15 | 92 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,905,583 | 1,725,893 | 10,000,000 |
| 16 | 93 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,858,887 | 1,710,907 | 10,000,000 |
| 17 | 94 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,750,191 | 1,639,206 | 10,000,000 |
| 18 | 95 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,565,733 | 1,486,458 | 10,000,000 |
| 19 | 96 | 391,996 | 0 | 0 | 0 | 10,000,000 | 1,298,514 | 1,250,949 | 10,000,000 |
| 20 | 97 | 391,996 | 0 | 0 | 0 | 10,000,000 | 894,250 | 894,250 | 10,000,000 |
| 21 | 98 | 391,996 | 0 | 0 | 0 | 10,000,000 | 291,148 | 291,148 | 10,000,000 |
| 22 | 99 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 23 | 100 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 24 | 101 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 25 | 102 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 26 | 103 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 27 | 104 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 28 | 105 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 29 | 106 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 30 | 107 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**

APR-14-2008 11:22 BNN Group Inc. 973 252 6258 F.09

**Legacy Secure**
*Flexible Premium Adjustable Life Insurance*
(Form UL0610 Series)

**LINCOLN BENEFIT LIFE**
AN ALLSTATE COMPANY

2940 S. 84th St. Lincoln, NE 68506

### Legacy Secure (Form UL0610 Series) - Policy Detail (Continued)

| Prepared For: | Plan Details: |
|---|---|
| **LUDMILA MOHLER** | Initial Face Amount: $10,000,000 |
| Female, Age 77 | Initial Death Benefit Option: 1 |
| Preferred Nonsmoker | Initial Premium Outlay: $391,996.00 |

| | | | ---Guaranteed Values--- | | | ---Non-Guaranteed Values--- | | |
| | | Annual Premium | Net | Policy | Net Surr | Net Death | Policy | Net Surr | Net Death |
| Yr | Age | Outlay | Distr. | Value | Value | Benefit | Value | Value | Benefit |
|---|---|---|---|---|---|---|---|---|---|
| 31 | 108 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 32 | 109 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 33 | 110 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 34 | 111 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 35 | 112 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 36 | 113 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 37 | 114 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 38 | 115 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 39 | 116 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 40 | 117 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 41 | 118 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 42 | 119 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 43 | 120 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| 44 | 121 | 391,996 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |

**This Illustration is for illustrative purposes only; nothing herein is a contractual obligation.**

*Illustration is not valid without all pages.*

03/11/2008
LBL 7236

Page 7 of 7

Version 1.03

Page 10/12 RCVD 4/15/2008 11:47:53 AM [Central Daylight Time] 6181 A0053-XFX0200-S

# EXHIBIT 4

**State of New Jersey**
DEPARTMENT OF BANKING AND INSURANCE
LIFE & HEALTH
PO BOX 470
TRENTON, NJ 08625-0470

JON S. CORZINE
*Governor*

STEVEN M. GOLDMAN
*Commissioner*

June 13, 2007

Kathy Kavanagh
Senior Product & Financial Analyst
Lincoln Benefit Life Company
P.O. Box 80469
Lincoln, NE 68501

Re: Forms UL0610NJ, etc.
    Your letter of May 11, 2007
    Received May 14, 2007
    DOI Sub. #: 06-002407 GHA/LKL

Dear Ms. Kavanagh:

We thank you for the e-mail attachments of June 12, 2007. As stated earlier, please submit final printed copies of the forms for our records.

Forms UL0610NJ, UL0620NJ, UL 8313-NJ, UL 9022-NJ, UL 0202, UL0611, UL0621, UL0612, UL0613NJ, UL0614NJ, UL0615NJ, and UL0619NJ have been filed in this Department pursuant to the provisions of N.J.S. 17B:25-18.

This filing is subject to the understanding that the Company will not change any text {including the text on any Policy Specification Page(s)} of the above filed form(s). Please note that in the future if the Company determines that a revision is necessary, then the Company must submit such revision to this Department for formal review and filing prior to use in New Jersey. Any change in the text without prior approval will be referred to our Enforcement Division. This understanding does not apply to any information which was submitted and filed as variably bracketed material and described in any accompanying Statement of Variability.

Very truly yours,

*R. Neil Vance (RBV)*
R. Neil Vance, FSA
Managing Actuary
(609) 292-5427 X 50338

For Steven M. Goldman, Commissioner

*Visit us on the Web at www.njdobi.org*
*New Jersey is an Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

# EXHIBIT 5



June 16, 2010


DUKES BRIDGE LLC
1055 WASHINGTON BLVD FL 8
STAMFORD CT 06901-2216



Re: Insured:  LUDMILA K MOHLER
    Policy Number:    01N1375748


Your recent ownership change request has been approved.  Your new ownership
designation is as follows:

      New Owner:  DUKES BRIDGE LLC

      Joint Owner (if applicable):  NONE LISTED

      Contingent Owner (if applicable):  NONE LISTED

Please keep this document with your policy in a safe place.  If you would like a copy of your
ownership change form, or if you have additional concerns, please contact Customer
Service at 1-800-525-2799, extension 88200.

Sincerely,


Life Policyholder Services

cc: THE L K M LIFE INSURANCE TRUST 11/19/2008

**Lincoln Benefit Life Company**
PO Box 80469   Lincoln, Nebraska  68501-0469
Fixed Policyholder service:  Phone 1.800.525.2799 Ext. 88200 Fax 866.525.5433 or Email Service@allstate.com
Variable Policyholder service: Phone 1.800.525.2799 Ext. 88211 Fax 866.525.5433 or Email Variableservice@allstate.com

# EXHIBIT 6

**Lincoln Benefit Life Company**
PO Box 1508
Jacksonville, IL 62651-1508
Phone:  844-768-6777  Fax:  844-660-4761
Visit us at: http://www.life.lbl.com

August 9, 2023

WILMINGTON TRUST NA AS SECURITIES INTERMEDIARY
300 PARK STREET SUITE 390
BIRMINGHAM MI 48009

Insured Name: LUDMILA K MOHLER
Policy Number: 01N1375748
Correspondence Number:  00399693

Dear Policy Owner:

Thank you for completing and submitting your request for an ownership change.  This letter confirms that we have changed the owner of this policy to Wilmington Trust NA as Securities Intermediary effective 07/10/2023.

**PLEASE PLACE THIS LETTER WITH YOUR INSURANCE RECORDS FOR FUTURE REFERENCE.**

If you have any questions, please call the Customer Service Center at the number above Monday through Friday from 8:00 AM to 5:00 PM Central Time.

Sincerely,

Customer Services

# EXHIBIT 7

DOH-1961 (6/89)   NEW YORK STATE DEPARTMENT OF HEALTH

**CERTIFICATE OF DEATH**

REGISTER NUMBER: 10

STATE FILE NUMBER: 131-2025-00003255

| 1. NAME: FIRST / MIDDLE / LAST | 2. SEX | 3A. DATE OF DEATH: MONTH / DAY / YEAR | 3B. HOUR |
|---|---|---|---|
| Ludmila K. Mohler | Female | 01 / 12 / 2025 | Approx 09:00 PM |

4A. PLACE OF DEATH: HOSPITAL (Check one): HOSPITAL DOA, HOSPITAL ER, HOSPITAL OUTPATIENT, NURSING HOME, HOSPICE FACILITY, PRIVATE RESIDENCE, OTHER (Specify)  — ☑ Hospital Inpatient

4B. IF FACILITY, DATE ADMITTED: MONTH 01 / DAY 03 / YEAR 2025

4C. NAME OF FACILITY: (If not facility, give address) — Good Samaritan Hospital Of Suffern

4D. LOCALITY: (Check one and specify) CITY / VILLAGE / TOWN — Suffern Village

4E. COUNTY OF DEATH — Rockland

4F. MEDICAL RECORD NO. — 4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) — NO ☑ YES ☐

| 5. DATE OF BIRTH: MONTH / DAY / YEAR | 6A. AGE IN YEARS | 6B. IF UNDER 1 YEAR ENTER: months days | 6C. IF UNDER 1 DAY ENTER: hours minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|
| 1930 | 94 | | | China | |

8. SERVED IN U.S. ARMED FORCES? (specify years) NO ☑ YES ☐

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino
- 1 ☑ No, not Spanish/Hispanic/Latino
- 2 ☐ Yes, Mexican, Mexican American, Chicano
- 3 ☐ Yes, Puerto Rican
- 4 ☐ Yes, Cuban
- 5 ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: Check one or more boxes to indicate what the decedent considered himself or herself to be:
- A ☑ White/Caucasian
- B ☐ Black or African American
- C ☐ Asian Indian
- D ☐ Chinese
- E ☐ Filipino
- F ☐ Japanese
- G ☐ Korean
- H ☐ Vietnamese
- I ☐ Native Hawaiian
- K ☐ Guamanian or Chamorro
- M ☐ Samoan
- N ☐ American Indian or Alaska Native (specify)
- P ☐ Other Asian (specify)
- R ☐ Other Pacific Islander (specify)
- S ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.
- 1 ☐ 8th grade
- 2 ☐ 9th-12th grade, no diploma
- 3 ☐ High school graduate or GED
- 4 ☐ Some college credit, but no degree
- 5 ☑ Associate's degree
- 6 ☐ Bachelor's degree
- 7 ☐ Master's degree
- 8 ☐ Doctorate/Professional degree

12. SOCIAL SECURITY NUMBER: xxx-xx-742

13. MARITAL STATUS: NEVER MARRIED ☐1  MARRIED ☐  WIDOWED ☑2  DIVORCED ☐3  SEPARATED ☐4

14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated — Gregory Baydiuk

15A. USUAL OCCUPATION: (Do not enter retired) — Home Maker

15B. KIND OF BUSINESS OR INDUSTRY: — Own Home

15C. NAME AND LOCALITY OF COMPANY OR FIRM:

| 16A. RESIDENCE: (State or Country if not USA) | 16B. County or Region/Province if not USA | 16C. LOCALITY: (Check one and specify) CITY / VILLAGE / TOWN | 16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES ☐ NO  IF NO, SPECIFY TOWN: |
|---|---|---|---|
| NY | Rockland | ☐ / ☑ / ☐  Suffern Village | |

16D. STREET AND NUMBER OF RESIDENCE: — 200 Dashew Drive Apt. A11, Suffern, NY

16E. ZIP CODE: — 10901

17. BIRTH NAME OF FATHER / PARENT: FIRST Peter / MI / LAST Kind

18. BIRTH NAME OF MOTHER / PARENT: FIRST Alexandra / MI / LAST Lawrow

19A. NAME OF INFORMANT: — Gregory Baydiuk

19B. MAILING ADDRESS: (include zip code) — 200 Dashew Drive Apt. A11, Suffern, NY 10901

20A. ☑ BURIAL  ☐ CREMATION  ☐ REMOVAL  ☐ CHURCH  ☐ HOSPITAL  ☐ DONATION — DATE: MONTH 01 / DAY 16 / YEAR 2025

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: — Russian Orthodox Cemetery

20C. LOCATION: (City or town and state) — Nanuet, New York

21A. NAME AND ADDRESS OF FUNERAL HOME: — Hannemann Funeral Home Inc, 88 S Broadway, Nyack, NY 10960

21B. REGISTRATION NUMBER: — 00728

22A. NAME OF FUNERAL DIRECTOR: — Keith R Taylor

22B. SIGNATURE OF FUNERAL DIRECTOR: — Keith R Taylor Electronically Signed

22C. REGISTRATION NUMBER: — 13540

23A. SIGNATURE OF REGISTRAR: — Melissa Reimer Electronically Signed

23B. DATE FILED: MONTH 01 / DAY 14 / YEAR 2025

24A. BURIAL OR REMOVAL PERMIT ISSUED BY: — Joanne Cioffi

24B. DATE ISSUED: MONTH 01 / DAY 14 / YEAR 2025

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: Sari Kordi, MD
License No.: 318283
Signature: Sari Kordi, MD Electronically Signed
MONTH 01 / DAY 13 / YEAR 2025

25B. Certifier's Title: ☑ Attending Physician  ☐ Physician acting on behalf of Attending Physician  ☐ Coroner  ☐ Medical Examiner / Deputy Medical Examiner
Address: 255 Lafayette Ave, Suffern Village, NY 10901

25C. If certifier is not attending physician, enter Attending Physician's name & title:

26A. Attending physician attended deceased: FROM MONTH 01 / DAY 07 / YEAR 2025  TO MONTH 01 / DAY 12 / YEAR 2025

26B. Deceased last seen alive by attending physician: MONTH 01 / DAY 12 / YEAR 2025

26C. Pronounced Dead: MONTH 01 / DAY 12 / YEAR 2025  Time 09:00 PM

27. MANNER OF DEATH: NATURAL CAUSE ☑1  ACCIDENT ☐2  HOMICIDE ☐3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? ☐ NO  ☐ YES

29A. AUTOPSY? YES ☐  NO ☐  REFUSED ☐

29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? ☐ YES  ☐ NO

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

PART I. IMMEDIATE CAUSE:
(a) circulatory failure — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: N/A
DUE TO OR AS A CONSEQUENCE OF:
(b) respiratory failure — N/A
DUE TO OR AS A CONSEQUENCE OF:
(c) <<<>>>

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

31D. TOBACCO USE CONTRIBUTE TO DEATH? 0 ☐ NO  1 ☐ YES  2 ☐ PROBABLY  3 ☑ UNKNOWN

31A. INJURY DATE: / 31B. HOUR: / 31B. INJURY LOCALITY: (City or town and county and state) / 31C. DESCRIBE HOW INJURY OCCURRED: / 31D. PLACE OF INJURY: / 31E. INJURY AT WORK? ☐ NO ☐ YES / 31B. DATE OF DELIVERY:

32. TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver/Operator  2 ☐ Passenger  3 ☐ Pedestrian  4 ☐ OTHER (specify)

32. WAS DECEASED HOSPITALIZED IN LAST 2 MONTHS? ☐ NO  ☐ YES

33A. IF FEMALE: 0 ☐ Not pregnant within last year  1 ☐ Pregnant at time of death  2 ☐ Not pregnant, but pregnant within 42 days of death  3 ☐ Not pregnant, but pregnant 43 days to 1 year before death  4 ☐ Unknown if pregnant within past year

---

I hereby solemnly attest that this is a true and certified transcript from the Register of Deaths as kept in the Office of the Village of Suffern, Suffern, New York. This transcript is valid only when the raised seal of the Registrar of the Village of Suffern is affixed.

Dated at Suffern, New York this **31st** day of **JANUARY 2025**

Melissa Reimer
Registrar of Vital Statistics

# EXHIBIT 8

7200 Wisconsin Ave., #720 | Bethesda, MD 20814
Phone: 877-776-2755 | Fax: 301-347-4403
Web: www.MLFLexServ.com

February 3, 2025

Lincoln Benefit Life Insurance Company
Claim Department
1315 19th Avenue, NW
Clinton, IA 52732


Re:    Policy Number: 01N1375748
       Insured: Ludmila K. Mohler

Dear Sir/Madam:

Enclosed are all the documents necessary to process the death claim on the above noted policy.
You will find the Claimant's Statement, certified Certificate of Death, Wilmington Trust NA
Certificate of Authority, W-9 Form, and a Federal Express label.

Please disburse the claim proceeds in a lump sum check and send it via overnight mail.

The physical address: Wilmington Trust NA as Securities Intermediary
                      Attn: Cristina Iacopelli
                      300 Park Street, Suite 390
                      Birmingham, MI 48009

*We have provided a Federal Express label for your convenience.

Do not hesitate to contact me if you have any questions at 301-951-2147.

Sincerely,


Ginetta Gatto
Senior Account Advisor
LexServ LLC, Authorized Servicing Co.
Phone: 301-951-2147
Email: ggatto@mlflexserv.com
Fax: 301-347-4403

# CLAIMANT'S STATEMENT FOR LIFE INSURANCE PROCEEDS

Policy No____01N1375748____

| SECTION 1: DECEDENT IDENTIFICATION | | |
|---|---|---|
| DECEDENT NAME (First, Middle, Last)<br><br>Ludmila K. Mohler | | CAUSE OF DEATH<br>*Manner - Natural* |
| DATE OF BIRTH (mm/dd/yyyy)<br>___1930 | DATE OF DEATH (mm/dd/yyyy)<br>01/12/2025 | SOCIAL SECURITY NO.<br>▮▮▮ 6 7 4 2 |
| PLEASE LIST ANY OTHER NAMES OR ALIASES THE DECEDENT WAS KNOWN BY (i.e. MAIDEN, HYPHENATED, NICKNAME, ETC.): | | |

| SECTION 2: CLAIMANT IDENTIFICATION | | | |
|---|---|---|---|
| NAME OF TRUST*, ESTATE, CORPORATION, OR OTHER ENTITY DESIGNATED AS BENEFICIARY<br><br>Wilmington Trust NA as Securities Intermediary | | | |
| MAILING ADDRESS<br><br>300 Park Street, Suite 390 | CITY<br>Birmingham | STATE<br>MI | ZIP CODE<br>48009 |
| PERSON REPRESENTING THE CLAIMANT<br>John D. Wallen | POSITION/TITLE<br>Vice President | RELATIONSHIP<br>Corporate Owner/Beneficiary | |
| TAX IDENTIFICATION NO. OF CLAIMANT<br>▮▮▮ 6 4 5 4 | PHONE NO.<br>302-636-6643 | ALTERNATE PHONE NO.<br><br> | ☐ WORK<br>☐ CELL |
| EMAIL ADDRESS (OPTIONAL)<br>specializedinsurance@wilmingtontrust.com | | | |

**\*If claiming on behalf of a Trust, you must also complete the Certification of Trust on Page 3.**

**LINCOLN BENEFIT LIFE COMPANY**
PO Box 4326 Clinton, IA 52733-4326
Overnight Address: Attn: PO Box 4326-Life MR1 1315 19th Ave. NW Clinton, IA 52732-2752
Phone: 844-768-6777 • Fax: 844-768-6791

LBLDXC-1008 (06-24)                    Page 1 of 4                    ENTITY LIFE (NONCONT)

## SECTION 3: SETTLEMENT OPTIONS

The policy may contain one or more settlement options, such as Interest Payments, Installments for a Specified Amount, Life Annuity, Life Annuity with Period Certain, and/or Joint Life and Survivorship Annuity. You may choose to receive a lump sum payment or another settlement option available in the policy under which a claim is made. For more information, refer to the optional methods of policy settlement provision in the policy or contact us at the mailing address noted on the front of the claim form.

If you wish to select a settlement option, please indicate your settlement selection by name (not by number) on the line below after you have carefully reviewed the options available in the policy. Availability of settlement options are subject to the terms of the policy. If you do not choose a settlement option, we will send a lump sum settlement to you.

_____ Lump sum payment _____

Name of Settlement Option from Policy

## SECTION 4: REQUIRED SIGNATURE AND W-9 CERTIFICATION

By making claim to this insurance, I declare under penalties of perjury, that all the answers as recorded above are true and complete to the best of my knowledge and belief. I also agree that the furnishing of this or any other forms by will not constitute an admission by it that there was any insurance in force on the date of death nor will it serve as a waiver of any of the Company's rights or defenses. reserves the right to require or to obtain further information, should it be deemed necessary.

**For Residents of New York: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.**

**Substitute IRS Form W-9**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

| The Internal Revenue Service does not require your consent to any provisions of this document other than the certification required to avoid backup withholding. | Wilmington Trust NA as Securities Intermediary |
|---|---|
| _Signature of Claimant's Representative_ | 1/23/25 |
| Signature of Claimant's Representative | Date |
| John Wallen, Vice President | |
| **Signature and Title of Claimant's Representative** | **Date** |
| **Signature and Title of Claimant's Representative** | **Date** |

LBLDXC-1008 (06-24)          Page 3 of 4          ENTITY LIFE (NONCONT)



# MAIL ALERT

☑ **YES**  **ORIGINAL WITH RAISED SEAL**

☐ **YES**  **COPY CHECK OR DOCUMENT**

**MISSING AND/OR DAMAGED CONTENT**

☐ Wet Signature Not Found

☐ Page Missing in Sequence (1 of 3, 2 of 3, 3 of 3)

☐ Signature Page Missing (ex. Beneficiary Change, Loan application)

☐ Envelope Empty

☐ Mailer Page Only

☐ No Check Enclosed

☐ Check(s) Received- Scanned Separately

☐ Arrived Open

☐ Soiled, Wet, Torn

☐ Documents Inside Torn

☐ Damage Notice Included by Post Office

☐ Other Explain_____

2.1.24Rv.6.6.24 -All DD Scanned Documents

DOH-1961 (REV. 7/2000)

NEW YORK STATE
DEPARTMENT OF HEALTH

REGISTER NUMBER
10

# CERTIFICATE OF DEATH

STATE FILE NUMBER
131-2025-0003255

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX: | 3A. DATE OF DEATH: MONTH | DAY | YEAR | 3B. TIME OF DEATH |
|---|---|---|---|---|---|---|---|
| Ludmila K. Mohler | | | Female | 01 | 12 | 2025 | Approx 09:00 PM |

| 4A. PLACE OF DEATH: HOSPITAL (Check one) | HOSPITAL DOA ER | HOSPITAL OUTPATIENT | NURSING HOME | PRIVATE RESIDENCE | HOSPICE FACILITY | OTHER (Specify): | 4B. IF FACILITY, DATE ADMITTED: MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | 01 | 03 | 2025 |

| 4C. NAME OF FACILITY: (If not facility, give address) | 4D. LOCALITY: (Check one and specify) CITY  VILLAGE  TOWN | 4E. COUNTY OF DEATH: |
|---|---|---|
| Good Samaritan Hospital Of Suffern | ☐  ☐  ☐  Suffern Village | Rockland |

| 4F. MEDICAL RECORD NO. | 4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☐  YES ☐ |
|---|---|

| 5. DATE OF BIRTH: MONTH | DAY | YEAR | 6A. AGE IN YEARS: | 6B. IF UNDER 1 YEAR: ENTER: months  days | 6C. IF UNDER 1 DAY ENTER: hours  minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) | 7B. AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|---|---|
| | | 1930 | 94 yrs. | | | China | |

| 8. SERVED IN U.S. ARMED FORCES? (specify war) NO ☒  YES ☐ | 9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latina | 10. DECEDENT'S RACE: Check one or more boxes to indicate what the decedent considered himself or herself to be: |
|---|---|---|
| | 0 ☒ No, not Spanish/Hispanic/Latina | A ☒ White/Caucasian  B ☐ Black or African American  C ☐ Asian Indian  D ☐ Chinese |
| | 0 ☐ Yes, Puerto Rican  0 ☐ Yes, Cuban | E ☐ Filipino  F ☐ Japanese  G ☐ Korean  H ☐ Vietnamese |
| | 0 ☐ Yes, Mexican, Mexican American, Chicana | I ☐ Native Hawaiian  K ☐ Guamanian or Chamorro  M ☐ Samoan |
| | 0 ☐ Yes, Other Spanish/Hispanic/Latina (Specify) | N ☐ American Indian or Alaska Native (specify) |
| 11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death. | | P ☐ Other Asian (specify)  R ☐ Other Pacific Islander (specify) |
| 1 ☐ 8th grade  2 ☐ 9th-12th grade, no diploma  3 ☐ High school graduate or GED | | S ☐ Other (specify) |
| 4 ☐ Some college credit, but no degree  5 ☒ Associate's degree  6 ☐ Bachelor's degree | | |
| 7 ☐ Master's degree  8 ☐ Doctorate/Professional degree | | |

| 12. SOCIAL SECURITY NUMBER: ...742 | 13. MARITAL STATUS: NEVER MARRIED ☐ 1  MARRIED ☒ 2  WIDOWED ☐ 3  DIVORCED ☐ 4  SEPARATED ☐ 5 | 14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated  Gregory Baydiuk |
|---|---|---|

| 15A. USUAL OCCUPATION: (Do not enter retired) Home Maker | 15B. KIND OF BUSINESS OR INDUSTRY: Own Home | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: |
|---|---|---|

| 16A. RESIDENCE: (State or Country if not USA) NY | 16B. County or Region/Province if not USA Rockland | 16C. LOCALITY: (Check one and specify) CITY  VILLAGE  TOWN ☐  ☐  ☒  Suffern Village | 16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES  ☐ NO, IF NO, SPECIFY TOWN: |
|---|---|---|---|
| 16D. STREET AND NUMBER OF RESIDENCE: 200 Dashew Drive Apt. A11, Suffern, NY | | 16E. ZIP CODE: 10901 | |

| 17. BIRTH NAME OF FATHER / PARENT: FIRST | MI | LAST | 18. BIRTH NAME OF MOTHER / PARENT: FIRST | MI | LAST |
|---|---|---|---|---|---|
| Peter Kind | | | Alexandra Lawrow | | |

| 19A. NAME OF INFORMANT: Gregory Baydiuk | 19B. MAILING ADDRESS: (include zip code) 200 Dashew Drive Apt. A11, Suffern, NY 10901 |
|---|---|

| 20A. 1 BURIAL  2 CREMATION  3 REMOVAL  4 DONATION  5 ENTOMBMENT MONTH | DAY | YEAR | 6 ENTOMBMENT | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: | 20C. LOCATION: (City or town and state) |
|---|---|---|---|---|---|
| 01 | 16 | 2025 | | Russian Orthodox Cemetery | Nanuet, New York |

| 21A. NAME AND ADDRESS OF FUNERAL HOME: Hannemann Funeral Home Inc  88 S Broadway, Nyack, NY 10960 | 21B. REGISTRATION NUMBER: 00728 |
|---|---|
| 22A. NAME OF FUNERAL DIRECTOR: Keith R Taylor | 22B. SIGNATURE OF FUNERAL DIRECTOR: ▶ Keith R Taylor Electronically Signed | 22C. REGISTRATION NUMBER: 13540 |
| 23A. SIGNATURE OF REGISTRAR: ▶ Melissa Reimer Electronically Signed | 23B. DATE FILED: MONTH 01 DAY 14 YEAR 2025 | 24A. BURIAL OR REMOVAL PERMIT ISSUED BY: Joanne Cioffi | 24B. DATE ISSUED: MONTH 01 DAY 14 YEAR 2025 |

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

| 25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated. Certifier's Name: Sari Kordi, MD | 25B. License No.: 318283 | Signature: Sari Kordi, MD  Electronically Signed | Month 01 | Day 13 | Year 2025 |
|---|---|---|---|---|---|
| 25B. Certifier's Title: ☒ 0 Attending Physician  0 Physician acting on behalf of Attending Physician  1 Coroner  2 Medical Examiner / Deputy Medical Examiner | License No.: | Address: 255 Lafayette Ave, Suffern Village, NY, 10901 | | | |
| 25C. If coroner or certifying physician, enter Attending Physician's name & title: | License No.: | Address: ▶ | | | |

| 26A. Attending physician attended deceased: FROM Month 01 | Day 07 | Year 2025 | TO Month 01 | Day 12 | Year 2025 | 26B. Deceased last seen alive by attending physician: Month 01 | Day 12 | Year 2025 | 26C. Pronounced Dead: Month 01 | Day 12 | Year 2025 | Time @ 09:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27. MANNER OF DEATH: NATURAL CAUSE ☒ 1  ACCIDENT ☐ 2  HOMICIDE ☐ 3  SUICIDE ☐ 4  UNDETERMINED CIRCUMSTANCES ☐ 5  PENDING INVESTIGATION ☐ | | | | 28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? NO ☐  YES ☐ | 29A. AUTOPSY? YES ☐ 1  REFUSED ☐ 2 | 29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? ☐ 1 NO  ☐ 2 YES | | | | | | |

**CONFIDENTIAL**   **SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH**   **CONFIDENTIAL**

| 30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).) | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| PART I. IMMEDIATE CAUSE: (a) circulatory failure | | N/A |
| DUE TO OR AS A CONSEQUENCE OF: | | |
| (b) respiratory failure | | N/A |
| DUE TO OR AS A CONSEQUENCE OF: | | |
| (c) <<>>> | | |
| PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<>>> | | 31D. TOBACCO USE CONTRIBUTE TO DEATH?  0 ☐ NO  1 ☐ YES  2 ☐ PROBABLY  3 ☒ UNKNOWN |

| 31A. IF INJURY: HOUR: | 31B. INJURY LOCALITY: (City or town and county and state) | 31C. DESCRIBE HOW INJURY OCCURRED: | 31D. PLACE OF INJURY: | 31E. INJURY AT WORK? NO ☐ YES ☐ |
|---|---|---|---|---|

| 31F. IF TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver/Operator  2 ☐ Passenger  3 ☐ Pedestrian  4 ☐ OTHER (specify) | 32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS? NO ☐  YES ☐ | 33A. IF FEMALE: 0 ☐ Not pregnant within last year  1 ☐ Pregnant at time of death  2 ☐ Not pregnant, but pregnant within 42 days of death  3 ☐ Not pregnant, but pregnant 43 days to 1 year before death  4 ☐ Unknown if pregnant within past year | | 33B. DATE OF DELIVERY: MONTH  DAY  YEAR |
|---|---|---|---|---|

I hereby solemnly attest that this is a true and certified transcript from the Register of Deaths as kept in the Office of the Village of Suffern, Suffern, New York. This transcript is valid only when the raised seal of the Registrar of the Village of Suffern is affixed.

Dated at Suffern, New York this **31st** day of **JANUARY 2025**

Melissa Reimer
Registrar of Vital Statistics

# CERTIFICATE OF AUTHORITY

## OF

## WILMINGTON TRUST, NATIONAL ASSOCIATION

I, Robert H. Bockrath II, an Assistant Corporate Secretary of Wilmington Trust, National Association ("WTNA"), do hereby certify that the following is an abstract of Article VIII, Section 2 of the Amended and Restated Bylaws of WTNA, which are now in force:

"All agreements, indentures, mortgages, deeds, conveyances, transfers, certificates, declarations, receipts, discharges, releases, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, proxies and other instruments or documents may be signed, executed, acknowledged, verified, delivered or accepted on behalf of the association by any officer elected or appointed pursuant to Article IV of these bylaws. Any such instruments may also be executed, acknowledged, verified, delivered or accepted on behalf of the association in such other manner and by such other officers as the board of directors may from time to time direct. The provisions of this section 2 are supplementary to any other provision of these bylaws."

I further certify that the following individuals are duly elected, qualified, and acting incumbents of the offices set forth below, and that the signatures set forth opposite their names are their true and genuine signatures:

| NAME | TITLE | SIGNATURE |
|------|-------|-----------|
| Robert H. Bockrath, II | Senior Vice President | |
| Roseline Maney | Senior Vice President | |
| John D. Wallen | Vice President | |
| Melissa A. Marion | Assistant Vice President | |
| Gregory J. Lechowicz | Assistant Vice President | |
| Kristi Perrett | Assistant Vice President | |
| Brian Hall | Assistant Vice President | |
| Brendan McCloskey | Assistant Vice President | |

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of May 2024.



_____
Robert H. Bockrath, III
Assistant Corporate Secretary

G:\Birmingham\Administration\5 - Legal\3-Incumbency-Articles of Assoc-W9\1 - WTNA Cert Authority (05.2024).doc

DCN: 20250204008883 - Received: 2/4/2025 11:09:09 AM

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury<br>Internal Revenue Service | ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Wilmington Trust National Association

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)    5

Exemption from FATCA reporting code (if any)    J

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

300 Park Street Suite 390

**6** City, state, and ZIP code

Birmingham, Michigan 48009

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

or

**Employer identification number**

■ ■ – 6 4 5 4

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign<br>Here | Signature of<br>U.S. person ▶ *John Wallen* | John Wallen<br>Vice President    Date ▶ 7/19/23 |
|---|---|---|

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

FedEx

ORIGIN ID:OBTA (301) 951-2147
KEVIN SCHULER (GG)
MLF LEXSERV
7200 WISCONSIN AVE
STE 720
BETHESDA, MD 20814
UNITED STATES US

SHIP DATE: 03FEB25
ACTWGT: 0.50 LB
CAD: 7550187/INET4535

BILL SENDER

TO CLAIM DEPT.
LINCOLN BENEFIT LIFE COMPANY
ATTN: PO BOX 4326-LIFE MR1
1315 19TH AVE. NW
CLINTON
CLINTON IA 52732
(844) 768-6777
INV: ID 56156
PO: DCLAIM

REF: LEARGAS 4911 867 LEARGAS III

DEPT:

FedEx Express

**E**

TUE - 04 FEB 5:00P
STANDARD OVERNIGHT

TRK# 7718 3693 7235
0201

52732

**XS DVNA**

IA-US CID

469-1008

DCN: 20250204008883 - Received: 2/4/2025 11:09:09 AM

# EXHIBIT 9

THE LAW OFFICE OF JEREMY ROSENBERG
ATTORNEY AT LAW
777 CHESTNUT RIDGE ROAD, SUITE 202
CHESTNUT RIDGE, NEW YORK 10977

(845) 729-1172

Fax: (212) 967-2755

February 6, 2025

**VIA OVERNIGHT MAIL**
Lincoln Benefit Life Insurance Company
P.O. Box 4324
Clinton, IA 52733-4324

> Re:    Policy # 01N1375748
>        Insured: Ludmila Mohler
>        <u>Date of Birth:</u> ███ 930

To Whom It May Concern:

     I have been retained by Mr. Gregory Baydiuk concerning the ownership of, and beneficiary designation under the life insurance policy no. 01N1375748, issued upon the life of his spouse Ms. Ludmila Mohler.

     Please be advised that a dispute has arisen concerning the aforementioned ownership and beneficiary designation of the life insurance policy no. 01N1375748, and action is being commenced to enforce my client's rights to the aforementioned policy. As such, demand is hereby made that Lincoln Benefit Life Insurance Company hereby desist from processing and/or disbursing any death benefits under the aforementioned policy until an adjudication is made concerning the rightful owner and beneficiary of the aforementioned policy. In the event Lincoln Benefit Life Insurance Company does not desist, my client intends to take any and all actions available to him at law to protect his rights and interests in the aforementioned policy, including the commencement of an action against Lincoln Benefit Life Insurance Company that seeks, *inter alia,* injunctive relief and compensatory and punitive damages.

     Please be guided accordingly.

Very truly yours,

Jeremy Rosenberg

cc:    Mr. Gregory Baydiuk

{00035549.DOCX}

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

PS10001000006

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international destinations only. See DMM and IMM at pe.usps.com for complete details.
✕ Money Back Guarantee for U.S. destinations only.
* For International shipments, the maximum weight is 4 lbs.

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

PEEL FROM THIS CORNER

4324

PRIORITY MAIL EXPRESS®

RDC 07

52733

PME
TALLMAN, NY 10982
FEB 07, 2025

$31.40

S2024M503383-02

EI 946 957 398 US

FROM: (please print)
J. Rosenberg
777 Chestnut Ridge Rd
Suite 202
Chestnut Ridge, N.Y. 10977
PHONE ( 845 ) 224-1972

TO: (please print)
PHONE ( )
Lincoln Benefit Life Insurance Company
PO Box 4389
Clinton, IA
52733-4324



PO ZIP Code: 10982

Scheduled Delivery Date: 2/7/25

Date Accepted (MM/DD/YY): 2/7/25

Scheduled Delivery Time: 2/10/25

Postage: $31.40

Total Postage & Fees: $31.40

Return Receipt Fee: 3.40

Weight: lbs. oz. 111

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

# EXHIBIT 10

NAIC Company Code
65595

The following information is supplied by Lincoln Benefit Life Co per their most recent annual filing

Lincoln Benefit Life Co
1221 N STREET, SUITE 200
LINCOLN, NE 68508

WWW.LBL.COM
888-674-3667

If your state does not show as licensed to sell this type of insurance, please contact the insurance department where you live. We encourage you to also check your state's insurance department website to confirm the Company or HMO is licensed, as well as to obtain information on other Companies or HMOs licensed in your state.



|  | Annuity | Health | Life | Other |
|---|---|---|---|---|
| Mississippi | ✓ | ✓ | ✓ | |
| Missouri | ✓ | ✓ | ✓ | |
| Montana | ✓ | ✓ | ✓ | |
| Nebraska | ✓ | ✓ | ✓ | |
| Nevada | ✓ | ✓ | ✓ | |
| New Hampshire | ✓ | ✓ | ✓ | |
| New Jersey | ✓ | ✓ | ✓ | |
| New Mexico | ✓ | ✓ | ✓ | |
| North Carolina | ✓ | ✓ | ✓ | |
| North Dakota | ✓ | ✓ | ✓ | |
| Ohio | ✓ | ✓ | ✓ | |
| Oklahoma | ✓ | ✓ | ✓ | |
| Oregon | ✓ | ✓ | ✓ | |
| Pennsylvania | ✓ | ✓ | ✓ | |
| Rhode Island | ✓ | ✓ | ✓ | |
| South Carolina | ✓ | ✓ | ✓ | |
| South Dakota | ✓ | ✓ | ✓ | |
| Tennessee | ✓ | ✓ | ✓ | |
| Texas | ✓ | ✓ | ✓ | |

Recipient agrees not to market, sell, reprint, reproduce or distribute without the express written permission in advance from the NAIC.
For copyright and reprint information, please visit https://www.naic.org.

Report reflects data reported from the state insurance department to the NAIC as of August 7, 2025

Copyright © 1991 - 2025 National Association of Insurance Commissioners. All rights reserved.

# EXHIBIT 11

April 14, 2008

01 N1375748

BE

Lincoln Benefit Life
P.O. Box 80469Lincoln, NE 68501

RE:  Client:  Ludmila Mohler              Agent:  Mayer Simon
     Policy #:  01N1375748                 Case #:  2382
     Plan:    Legacy Secure UL            Amt:   $10,000,000.00

Enclosed please find the following delivery requirements on Ludmila Mohler:

| Requirement | Life | Closed Date |
|---|---|---|
| Amendment Form/Health Statement | Ludmila Mohler | 04/14/2008 |
| Medical Amendment | Ludmila Mohler | 04/14/2008 |
| Signed Illustration | Ludmila Mohler | 04/14/2008 |
| Premium $ $32666.34 (one month) | Ludmila Mohler | 04/11/2008 |

According to our records this completes the placement of this case. If your records differ, please contact us immediately, otherwise please place case inforce.

Please process in your usual manner and let us know if you have any questions on this case.

Sincerely,

Paula Gibson
Operations Director
pgibson@madisonbrokerage.com

MADISON BROKERAGE CORP.
65 MADISON AVENUE, SUITE 200, P.O. BOX 1940, MORRISTOWN, N J. 07962-1940 / 888 539 3232