USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, N.A.,

Plaintiff,

-against-

LINCOLN BENEFIT LIFE COMPANY ET AL,

Defendants.

25-CV-4357 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of the parties' joint letter dated August 14, 2026 indicating their availability dates for the evidentiary hearing. (ECF No 36.)

Accordingly, the Court hereby schedules an evidentiary hearing for November 12, 2026 at 2:00 p.m. The hearing will take place in person at the Charles L. Brieant Jr. Courthouse, 300 Quarropas Street, White Plains, New York 10601, Courtroom 218.

Dated: August 14, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge