Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

PHILIP A. NEMECEK
philip.nemecek@katten.com
+1.212.940.8834 direct
+1.212.940.8776 fax

MEMO ENDORSED

October 29, 2026

**By ECF**

Hon. Nelson S. Román, U.S.D.J.
U.S. District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: ***Wilmington Trust, N.A. v. Lincoln Benefit Life Co. et al.***
**S.D.N.Y. Case No. 7:25-cv-04357-NSR**

Your Honor:

My firm represents Wilmington Trust, N.A., as Securities Intermediary, the plaintiff in the referenced litigation ("Plaintiff"). On behalf of Plaintiff and with the consent of counsel for defendants Lincoln Benefit Life Company ("LBL") and Gregory Baydiuk, we submit this joint letter to request an adjournment of the evidentiary hearing presently scheduled for 2:00 p.m. on Thursday, November 12, 2026, to permit the parties additional time to meet and confer regarding the conduct of the hearing, including the prospective pre-hearing identification of witnesses, exhibits and potential stipulated facts. The parties will confer and will separately provide the Court with a list of mutually available dates in December and January for an adjourned hearing (and will provide additional dates thereafter if needed).

By Opinion & Order dated July 27, 2026 (ECF No. 35), the Court reserved decision on LBL's motion to dismiss Plaintiff's First Amended Complaint for lack of personal jurisdiction, stating "that the Court will conduct an evidentiary hearing directed to the disputed jurisdictional facts." After the parties indicated they were available on that date, the Court scheduled the evidentiary hearing for November 12, 2026 (ECF No. 37). However, as that date approaches, the parties have come to realize that the evidentiary hearing would be conducted in a more streamlined manner if the parties are able to agree in advance regarding such matters as the identification of anticipated witnesses and the documents to be introduced as exhibits. The parties may also be able to stipulate as to the authenticity and admissibility of certain of those documents, as well as to any undisputed material facts. The parties are in the process of scheduling a time early next week to meet and confer on these issues, but will require additional time to implement any agreement they reach concerning the logistics of the hearing – and for that reason request a short adjournment of the November 12, 2026 hearing date. There has been no previous request for an adjournment of the evidentiary hearing.

Respectfully submitted,

*/s/ Philip A. Nemecek*

Philip A. Nemecek

cc: Kate L. Villanueva, Esq. (kate.villanueva@troutman.com)
John M. Bloor, Esq. (john.bloor@troutman.com)
Jeremy Rosenberg, Esq. (jrosenberglaw@yahoo.com)
Nat Shapo, Esq. (nat.shapo@katten.com)
Scott A. Resnik, Esq. (scott.resnik@katten.com)

**The November 12, 2026 evidentiary hearing is adjourned. The parties are kindly directed to provide the Court with a list of mutually available dates by November 9, 2026.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 39.**

**Dated: October 30, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE